Case 4:16-cr-06007-SMJ    Document 1    Filed 01/25/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 25, 2016

SEAN F. McAVOY, CLERK

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court)
7:11-CR-00394-002

DOCKET NUMBER (Rec. Court)
4:16-CR-6007-SMJ-1

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| BRETT WALKER<br>Walla Walla, Washington 99362 | WESTERN TEXAS | MIDLAND/ODESSA |
| | NAME OF SENTENCING JUDGE<br>ROBERT JUNELL | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM: 11/29/2013  TO: 11/28/2017 |

**OFFENSE**

Conspiracy to Possess with the Intent To Distribute, and to Distribute, 100 Kilograms or More of Marijuana in violation of 21 U.S.C. § 841(a)(1), 21 U.S.C. § 841(b)(1)(B), and 21 U.S.C § 846

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    WESTERN    DISTRICT OF    TEXAS

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of Washington upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

1-19-16
_Date_

_/s/ Robert Junell_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    Eastern    DISTRICT OF    Washington

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

1/25/2016
_Effective Date_

_/s/ Rosanna Malouf Peterson_
United States District Judge