FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 05, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRETT WALKER,<br><br>Defendant. | No.  4:16-CR-6007-SMJ-1<br><br>**ORDER TERMINATING SUPERVISED RELEASE** |

Before the Court, without oral argument, is Defendant Brett Walker's Motion to Terminate Defendant's Supervised Release Term, ECF No. 4. Mr. Walker seeks an order terminating Defendant's supervised release. Assistant U.S. Attorney Ian L. Garriques, appearing on behalf of the U.S. Attorney's Office, does not oppose the motion. Government's Response to Defendant's Motion to Terminate Supervised Release, ECF No. 7. Having reviewed the pleadings and the file, the Court is fully informed and finds that sufficient grounds exist for early termination of supervised release, pursuant to 18 U.S.C. §§ 3553 and 3564.

Accordingly, **IT IS HEREBY ORDERED**:

**1.**   Defendant's Motion to Terminate Defendant's Supervised Release Term, **ECF No. 4**, is **GRANTED**.

ORDER **-** 1

**2.** Defendant's supervised release is terminated, effective as of the date of this Order.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and the U.S. Probation Office.

**DATED** this 5th day of April 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge

Q:\SMJ\Criminal\2016\USA v  Walker-6007\order granting defendant motion terminate supervision mv docx

ORDER **-** 2